## IN THE UNITED STATES DISTRICT COURT
### FOR THE
### SOUTHERN DISTRICT OF ALABAMA

KNA FAMILY, LLC,           )

                   )

        **Plaintiff**         )       **CIVIL ACTION NO. 22-00378-KD-M**

                   )

**v.**                    )       <u>**THIS MOTION IS UNOPPOSED**</u>

                   )

**HOTEL HOLDINGS, LLC**   )

**and DAVID LLOYD,**       )

        **Defendants.**

## <u>UNOPPOSED MOTION TO ENFORCE SETTLEMENT AGREEMENT</u>

COMES NOW, the Plaintiff, by and through the undersigned, and hereby files the above captioned motion as follows:

1. On August 5, 2023, the parties executed a settlement agreement in this matter. (Exhibit A).  The settlement agreement called for the sale of a hotel owned by Plaintiff to the Defendants that the Defendants had been leasing from the Plaintiff.  In Paragraph 4 of the settlement agreement the Defendants agreed to the entry of a consent judgment for all overdue lease payments if the sale of the hotel was not consummated within ninety days. (<u>Id</u>.)  Defendants were unable to purchase the hotel.

2. The parties agree that the Defendants owe Plaintiff $563,250.00 under the terms of the settlement agreement.

3. The parties previously notified the Court of the settlement agreement.  (Doc. 25).  Thereafter, the Court entered an Order dismissing this action with prejudice.  The Court's Order further provided that any party could reinstate the action within ninety days of the date of the Order "should the settlement not be consummated." (Doc. 26).

Plaintiff filed a Motion to Reinstate this action on November 27, Doc. 27, which the Court granted on November 28.  (Doc. 28).

4.  A trial is unnecessary because of the parties' binding settlement agreement which calls for the entry of a Judgment for the Plaintiff in the amount of $563,250.00 by consent which will conclude this matter; and Plaintiff, therefore, requests that the Court enter a judgment in that amount.

5.  The undersigned spoke with counsel for the Defendants before filing the instant motion and has been informed that Defendants have no objection to same.

WHEREFORE, premise considered, the Plaintiff respectfully requests that the Court grant its Motion to Enforce the Settlement Agreement and enter a judgment against Defendants in the amount of $563,250.00.

Respectfully submitted,

/s/Michael Hickman
Michael Hickman (HIC013)
207 Church Street
Mobile, Alabama 36602
251-300-4333
Michael.Hickman.Lawyer@gmail.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 30th day of November, 2023, I served a copy of the foregoing upon all counsel of record via the CM/ECF system.

/s/Michael Hickman