IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUHERN DIVISION

| | |
|---|---|
| **KNA FAMILY, LLC,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 22-00378-KD-M |
| | ) |
| **HOTEL HOLDINGS, LLC and** | ) |
| **DAVID LLOYD,** | ) |
| | ) |
| Defendants. | ) |

## CONSENT JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Plaintiff KNA Family, LLC and against Defendants Hotel Holdings, LLC, and David Lloyd in the amount of $563,250.00.

**DONE** and **ORDERED** this 1st day of December 2023.

                                                 s / Kristi K DuBose
                                                **KRISTI K. DuBOSE**
                                                **UNITED STATES DISTRICT JUDGE**